Jonathan Corbett
382 NE 191st St. #86952
Miami, FL 33179
(646) 316-4524

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



| Jonathan Corbett, | |
|---|---|
| Plaintiff | 16-CV-3604 PSG(JEM) |
| v. | |
| Insomniac Holdings, LLC, | AFFIRMATION OF SERVICE |
| Speedway Motorsports, Inc. | |
| Defendants | |

I, Jonathan Corbett, declare under penalty of perjury that on May 25th, 2016, I have served a copy of Plaintiff's "MOTION TO RECONSIDER TEMPORARY RESTRAINING ORDER AS PRELIMINARY INJUNCTION WITH EXPEDITED BRIEFING SCHEDULE" upon Defendants Insomniac Holdings, LLC, and Speedway Motorsports, Inc., via USPS Priority Mail Express (overnight) mail, whose addresses are:

Insomniac Holdings, LLC.
Attn: Legal Department
9441 W Olympic Blvd
Beverly Hills, CA 90212

Speedway Motorsports, Inc.
Attn: Legal Department
5555 Concord Pkwy S.
Concord, NC 28027

Dated: Los Angeles, CA

May 25th, 2016

Respectfully submitted,

Jonathan Corbett
Plaintiff, *Pro Se*
382 NE 191st St #86952
Miami, FL 33179-3899
E-mail: jon@professional-troublemaker.com