UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-3604 PSG (JEMx) | Date | May 25, 2016 |
|---|---|---|---|
| Title | Jonathan Corbett v. Insomniac Holdings, LLC, *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|
| Wendy Hernandez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| Not Present | Not Present |

**Proceedings (In Chambers):** Order DENYING Motion for Reconsideration

Before the Court is Plaintiff Jonathan Corbett's motion "to reconsider temporary restraining order as preliminary injunction with expedited briefing schedule." Dkt. #9. The Court finds the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); L.R. 7–15. After having read and considered the moving papers, the Court DENIES the motion.

**IT IS SO ORDERED.**