Jonathan Corbett
382 NE 191st St. #86952
Miami, FL 33179
(646) 316-4524

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Jonathan Corbett,<br>　　　　　　　　　Plaintiff<br><br>　　　　v.<br><br>Insomniac Holdings, LLC,<br>Speedway Motorsports, Inc.<br>　　　　　　　　　Defendants | **16-CV-3604 PSG(JEM)**<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |
|---|---|

On May 24th, 2016, Plaintiff filed this action against Defendants Insomniac Holdings, LLC ("Insomniac") and Speedway Motorsports, Inc. Insomniac was served via in-person process service that same day at its Beverly Hills, CA, headquarters. Plaintiff also made Insomniac aware of this lawsuit by USPS mail to its headquarters, via e-mail to the e-mail address designated on its Web site for legal issues, and via social media. However, despite these communications attempts, Insomniac has failed to file an answer within the 21-day period prescribed by Fed. R. Civ. P., Rule 12(a)(1)(A)(i).

Plaintiff therefore moves for a default judgment under Fed. R. Civ. P., Rule 55(b)(2) and requests that the Court enter default against Insomniac and order the relief requested in the complaint, to wit: 1) $8,000 total for two violations of California's Unruh Civil Rights Act, 2) declaratory judgment that a public music or nightlife event may not prohibit its customers from entering with either OTC or prescription medication, and may not require customers to explain their need to carry medicine as a condition of entry, 3) permanent injunctive relief requiring Insomniac to allow those needing OTC and prescription medication unimpeded access to the

festival, both for 2016's EDC as well as for future events, and to publish updated policies describing the same, and 4) cost of the action.

In support of this request, Plaintiff relies on the record in this case, the affidavit submitted herein, and the attached affirmation of service.

Dated: Los Angeles, CA

June 15th, 2016

Respectfully submitted,

_____/s/_____

Jonathan Corbett

Plaintiff, *Pro Se*

382 NE 191st St #86952

Miami, FL 33179-3899

E-mail: jon@professional-troublemaker.com