Jonathan Corbett
382 NE 191st St. #86952
Miami, FL 33179
(646) 316-4524

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jonathan Corbett,<br>Plaintiff<br><br>v.<br><br>Insomniac Holdings, LLC,<br>Speedway Motorsports, Inc.<br>Defendants | **16-CV-3604 PSG(JEM)**<br><br>**AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT** |
|---|---|

I, Jonathan Corbett, declare under penalty of perjury that the following is true and correct to the best of my information and belief:

1. I am the *pro se* Plaintiff in the above captioned action.

2. The complaint was served upon Defendant Insomniac Holdings, LLC on May 24th, 2016.

3. More than 21 days has passed since this date and this defendant has failed to plead, request additional time, or otherwise defend as provided by the Federal Rules of Civil Procedure.

_____/s/_____
Jonathan Corbett
Plaintiff, *Pro Se*

Sworn to before me this

 15th  day of June, 2016


__[Notarized original sent to court by mail]__
Notary Public