Jonathan Corbett
382 NE 191st St. #86952
Miami, FL 33179
(646) 316-4524

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jonathan Corbett,<br>            Plaintiff<br><br>v.<br><br>Insomniac Holdings, LLC,<br>Speedway Motorsports, Inc.<br>            Defendants | **16-CV-3604 PSG(JEM)**<br><br>**AFFIRMATION OF SERVICE** |

I, Jonathan Corbett, declare under penalty of perjury that on June 15th, 2016, I have served a copy of Plaintiff's "REQUEST FOR ENTRY OF DEFAULT JUDGMENT," "MOTION FOR DEFAULT JUDGMENT," "AFFIDAVIT IN SUPPORT," "NOTICE OF MOTION," and "PROPOSED ORDER" upon Defendants Insomniac Holdings, LLC, and Speedway Motorsports, Inc., via USPS mail, whose addresses are:

Insomniac Holdings, LLC.
Attn: Legal Department
9441 W Olympic Blvd
Beverly Hills, CA 90212

Greg Hurley, Esq. (for Speedway)
Sheppard Mullin Richter & Hampton LLP
650 Town Center Drive, 4th Floor
Costa Mesa, CA 92626-1993

Dated: Los Angeles, CA

June 15th, 2016

Respectfully submitted,

_____/s/_____

Jonathan Corbett

Plaintiff, *Pro Se*

382 NE 191st St #86952

Miami, FL 33179-3899

E-mail: jon@professional-troublemaker.com