SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704
mchilleen@sheppardmullin.com
BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
bleimkuhler@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130

Attorneys for Defendants,
INSOMNIAC HOLDINGS, LLC, and
SPEEDWAY MOTORSPORTS, INC.

E-FILED
JAN 31 2017
Document #____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Jonathan Corbett,<br><br>    Plaintiff,<br><br>    v.<br><br>Insomniac Holdings, LLC, Speedway Motorsports, Inc.,<br><br>    Defendants. | Case No. 2:16-cv-03604-PSG-JEM<br>Hon. Philip S. Gutierrez<br><br>[PROPOSED] JUDGMENT |

SMRH:480867946.1                                              [PROPOSED] JUDGMENT

Judgment is hereby entered in favor of Defendants Insomniac Holdings, LLC and Speedway Motorsports, Inc.'s ("Defendants") and against Plaintiff Jonathan Corbett ("Plaintiff"), pursuant to the Court's order dated January 19, 2017.

Defendant, as the prevailing party, may file a motion for attorneys' fees incurred herein within 30 days after the entry of judgment.

**IT IS SO ORDERED.**

DATED: _____1/30_____, 2017

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE